

## MEMORANDUM OPINION

No. 04-09-00321-CR

Jimmy **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CR-4175
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:  Rebecca Simmons, Justice
Steven C. Hilbig, Justice
Marialyn Barnard, Justice

Delivered and Filed:  August 26, 2009

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal.

The motion is granted and this appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).


PER CURIAM


DO NOT PUBLISH